

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2014

No. 04-14-00436-CV

Judith **ZAFFIRINI**, David H. Arredondo, & Clarissa N. Chapa, As Co-Trustees of the Exempt Trust of Rocio Gonzalez Guerra,
Appellants

v.

Rocio G. **GUERRA**,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2008-PB7-000016-L2
Honorable Jesus Garza, Judge Presiding

## O R D E R

Roxann Soto's notification of late reporter's record is hereby GRANTED. Time is extended to July 30, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court